```
                             JS-6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO MALDONADO,<br><br>        Plaintiff,<br><br>   v.<br><br>BNC MORTGAGE, INC.;<br>CHASE HOME FINANCIAL,<br>LLC; FIRST SECURITY<br>MORTGAGE CAPITAL, INC.;<br>INDEX WEST, LLC; and<br>DOES 1 to100,<br><br>        Defendants. | Case No. EDCV 09-430-VAP<br>(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 29, 2009

                                      VIRGINIA A. PHILLIPS
                                      United States District Judge